No. 411. THE NEW YORK & PORTO RICO STEAMSHIP COMPANY v. RAFAEL CINTRON LASTRA, ET AL., ETC. Appeal from the Circuit Court of Appeals for the First Circuit. Motion to dismiss submitted November 16, 1925. Decided November 23, 1925. Dismissed for the want of jurisdiction upon the authority of *El Banco Popular De*

*Economias y Prestamos de San Juan, P. R.,* v. *Wilcox,* 255 U. S. 72. *Mr. Archibald King* for appellees, in support of the motion. *Mr. Ray Rood Allen* for appellant, in opposition thereto.